UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:23 CR 46 |
|---|---|---|
| v. | ) | 18 U.S.C. § 922(a)(6) |
|  | ) | 18 U.S.C. § 924(a)(1)(A) |
| TIESHA WATSON | ) | |

**INDICTMENT**

-FILED-
JUN 22 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**TIESHA WATSON**,

defendant herein, in connection with the acquisition of a firearm from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale of such firearm, in that the defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record on the following dates, that

1) her current state of residence and address was 3655 Pierce Street, Gary, Indiana, whereas in truth and in fact, she knew that her current

1

address was not 3655 Pierce Street, Gary, Indiana; and

2) she was the actual purchaser of a firearm whereas in truth and in fact, she well knew she was purchasing said firearm for another person, all in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearm Dealer |
| --- | --- | --- |
| 1 | July 19, 2021 | Westforth Sports, Inc. |
| 2 | July 22, 2021 | Blythe's |
| 3 | August 13, 2021 | Blythe's |
| 4 | March 27, 2022 | Range USA |
| 5 | May 28, 2022 | Range USA |
| 6 | June 9, 2022 | Range USA |
| 7 | August 26, 2022 | Range USA |
| 8 | February 9, 2023 | Range USA |

**THE GRAND JURY FURTHER CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**TIESHA WATSON**,

defendant herein, knowingly made false statements and representations to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the dealer, in that she did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, on the following dates, to the effect that

    1) her current state of residence and address was 3655 Pierce Street, Gary, Indiana, whereas in truth and in fact, she knew that her current address was not 3655 Pierce Street, Gary, Indiana; and

    2) she was the actual purchaser of a firearm whereas in truth and in fact, she well knew she was purchasing said firearm for another person,

all in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearm Dealer |
| --- | --- | --- |
| 9 | July 19, 2021 | Westforth Sports, Inc. |
| 10 | July 22, 2021 | Blythe's |
| 11 | August 13, 2021 | Blythe's |
| 12 | March 27, 2022 | Range USA |

| 13 | May 28, 2022 | Range USA |
| 14 | June 9, 2022 | Range USA |
| 15 | August 26, 2022 | Range USA |
| 16 | February 9, 2023 | Range USA |

A TRUE BILL:

/s/ FOREPERSON
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Michael J. Toth
Michael J. Toth
Assistant United States Attorney