AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
| v. | ) |
| TIESHA WATSON | ) Case No. 2:23-cr-46 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **TIESHA WATSON**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:922(a)(6) KNOWINGLY MADE FALSE AND FICTITIOUS STATEMENTS IN THE ACQUISITION OF FIREARMS

18:924(a)(1)(A) FALSE STATEMENTS AND REPRESENTATIONS TO LICENSED FIREARMS DEALERS

Date: 06/23/2023

s/Chanda J. Berta (jdb)
*Issuing officer's signature*

City and state: Hammond, IN

Chanda J. Berta, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 23 June 2023 and the person was arrested on *(date)* 15 MAR 2024
at *(city and state)* Arrested by ATF.

Date: 18 MAR 2024

Ed Payne
*Arresting officer's signature*

Ed Payne SDUSM
*Printed name and title*